IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CLARENCE L. DUNSON,
Inmate # 168282,

       Plaintiff,

v.                                5:13cv72-WS

GALINA K. KAGAN,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed

March 20, 2013.  See Doc. 2.  The magistrate judge recommends that this case be

dismissed.  The plaintiff has filed objections (docs. 5 & 6) to the report and

recommendation.

      Having considered the record in light of the plaintiff's objections, the court finds

that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 2) is hereby

ADOPTED and incorporated by reference into this order.

      2.  This action is DISMISSED.

3.  The clerk shall refer the plaintiff's submissions entitled "Clerk of the Court"

(docs. 1, 5, & 6) to the chambers of United States District Judge Richard Smoak or

United States Magistrate Judge Gary Jones for consideration as part of Case Number

5:12cv134-RS/GRJ.

DONE AND ORDERED this ____25th____ day of _____April____, 2013.



s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE